## Conclusion

We remand with directions solely to correct the written judgment to reflect that Henderson was convicted of attempted forcible sodomy, not forcible sodomy. In all other respects, the judgment and convictions are affirmed.

JEFFREY W. BATES, J., CONCURS

MARY W. SHEFFIELD, C.J., CONCURS

ing that he committed assault in the second degree in violation of section 565.060, RSMo Cum. Supp. 2013. He contends that the evidence did not prove beyond a reasonable doubt that he was not acting in self-defense. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).

■

**In The Interest of: D.G.H., Appellant,**

**v.**

**JUVENILE OFFICER, Respondent.**

**WD 78101**

Missouri Court of Appeals,
Western District.

Order filed: August 18, 2015

Craig A. Johnston, for Appellant.

Mary E. Barnard, for Respondent.

Before Division Two: Thomas H. Newton, Presiding Judge, Victor C. Howard, Judge and Mark D. Pfeiffer, Judge.

### *ORDER*

PER CURIAM:

D.H. appeals the order of adjudication and disposition of the juvenile court find-

■

**Rebecca Lake WOOD, as Personal Representative for The Estate of Brandy L. Rye, Respondent,**

**v.**

**Mark W. WESTHUSING, Appellant.**

**WD 77545**

Missouri Court of Appeals,
Western District.

FILED: August 18, 2015

John P. Killian, II and Jerri J. Zhang, Kansas City, MO, for Respondent.

James L. Mowbray, Kansas City, MO, for Appellant.

Before Division Three: Karen King Mitchell, Presiding Judge, Lisa White Hardwick and Anthony Rex Gabbert, Judges